HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
mia_crager@fd.org

Attorney for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00069 KJN |
| Plaintiff, | |
| v. | **ORDER SEALING DOCUMENT** (~~proposed~~) |
| TIMOTHY MACKEY, | |
| Defendant. | |

Pursuant to Local Rule 141, based on a request to seal, the bail motion and supporting exhibits shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated:  May 11, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-